William A. Romaine, #126966
Law Office of William A. Romaine
206 West Lacey Blvd. #309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-9350

Attorney for Plaintiff

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319

Attorneys for Defendant County of Tulare

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| DENNIS ALBA,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, TULARE COUNTY SHERIFF'S DEPUTY RONALD CROUCH, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF'S DEPUTY SERGEANT TORRES, TULARE COUNTY SHERIFF'S DEPUTY DERRICK HOOD AND TULARE COUNTY SHERIFF'S DEPUTY BERTOLDO,<br><br>           Defendants. | **Case Number: 1:15-cv-01492-GSA**<br><br>**PARTIES' JOINT STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE HEARING DATE AND EXTEND TIME FOR FILING OF RESPONSE TO THE COMPLAINT**<br><br>**Date:  January 14, 2016**<br>**Time:  9:00 a.m.**<br>**Courtroom:  10**<br><br>**Erika J. Grosjean**<br>**U.S. Magistrate Judge** |

**JOINT STIPULATION**

Plaintiff, DENNIS ALBA by and through his attorneys of record and Defendants, COUNTY OF TULARE, CALIFORNIA, TULARE COUNTY SHERIFF'S DEPUTY RONALD CROUCH, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF'S DEPUTY SERGEANT TORRES, TULARE COUNTY SHERIFF'S DEPUTY DERRICK HOOD AND TULARE COUNTY SHERIFF'S DEPUTY BERTOLDO , by and through Tulare County Counsel, Deputy County Counsel, Judith D. Chapman, stipulate as follows:

WHEREAS Defendant was served with the Summons and Complaint on December 15, 2015 and needs time to gather information regarding the Plaintiff's claims.  In order to meaningfully participate in the meet and confer and the scheduling conference and to prepare a proper response to the Complaint;

WHEREAS the parties are required pursuant to Fed. R. Civ. P. 26(f), to meet and confer at least twenty-one (21) days prior to the Mandatory Scheduling Conference, the parties agree that counsel for Defendant will be able to meaningfully participate in the conference after she has had time to review the case documents and information.

THEREFORE the parties respectfully request that the time to file a response to the Complaint be extended for 18 days and Mandatory Scheduling Conference currently scheduled for January 14, 2016 at 9:00 a.m. be continued for a period of 30 days.

IT IS SO STIPULATED BY THE ATTORNEYS OF RECORD AND NAMED HEREIN.

Dated: _12/23/15_____          LAW OFFICE OF WILLIAM A. ROMAINE

_____/s/_____
William A. Romaine, Attorney for Plaintiff

Dated: _12/23/15_____          KATHLEEN BALES-LANGE
County Counsel

_____/s/_____
Judith D. Chapman, Attorney for Defendant County of Tulare

**ORDER**

Based on the parties' Stipulation to extend time to file the responsive pleading and Continue Mandatory Scheduling Conference, and good cause appearing, IT IS HEREBY ORDERED that: The Mandatory Scheduling Conference in this matter, currently set for January 14, 2016, is vacated and continued to February 18, 2016 at 9:00 a.m., in Department 10.  Further, the responsive pleading is now due on or before February 1, 2016.

IT IS SO ORDERED.

Dated:   **December 28, 2015**          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE