William A. Romaine, #126966
Law Office of William A. Romaine
206 West Lacey Blvd. #309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-9350

Attorney for Plaintiff

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319

Attorneys for Defendant County of Tulare

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| DENNIS ALBA,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, TULARE COUNTY SHERIFF'S DEPUTY RONALD CROUCH, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF'S DEPUTY SERGEANT TORRES, TULARE COUNTY SHERIFF'S DEPUTY DERRICK HOOD AND TULARE COUNTY SHERIFF'S DEPUTY BERTOLDO,<br><br>　　　　　Defendants. | **Case Number: 1:15-cv-01492-EPG**<br><br>**PARTIES' JOINT STIPULATION AND ORDER TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE HEARING DATE**<br>**Date:  February 18, 2016**<br>**Time:  9:00 a.m.**<br>**Courtroom:  10**<br><br>**Erica P. Grojean**<br>**U.S. Magistrate Judge** |

### JOINT STIPULATION

Plaintiff, DENNIS ALBA by and through his attorney of record, William A. Romaine

1

and Defendants, COUNTY OF TULARE, CALIFORNIA, TULARE COUNTY SHERIFF'S DEPUTY RONALD CROUCH, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF'S DEPUTY SERGEANT TORRES, TULARE COUNTY SHERIFF'S DEPUTY DERRICK HOOD AND TULARE COUNTY SHERIFF'S DEPUTY BERTOLDO, by and through Tulare County Counsel, Deputy County Counsel, Judith D. Chapman, stipulate as follows:

WHEREAS the parties are required pursuant to Fed. R. Civ. P. 26(f), to meet and confer at least twenty-one (21) days prior to the Mandatory Scheduling Conference which is scheduled for February 18, 2016.  Defendants filed a Motion to Dismiss on February 1, 2016 and hearing on the Motion to Dismiss has been set for March 11, 2016 at 10:00 a.m.  The Plaintiff's Opposition to the Motion Dismiss is due February 26, 2016 and Defendants' Reply to Opposition is due March 4, 2016.   The parties agree that a Scheduling Conference will be more productive and the parties will be able to discuss facts, issues and dates if the Scheduling Conference is continued until after the hearing on the Motion to Dismiss.

THEREFORE the parties respectfully request that the Mandatory Scheduling Conference currently scheduled for February 18, 2016 at 9:00 a.m. be continued for a period of at least 45 days from the hearing on the Motion to Dismiss, or on or after April 26, 2016.

IT IS SO STIPULATED BY THE ATTORNEYS OF RECORD AND NAMED HEREIN.

Dated: 2-9-2016                    LAW OFFICE OF WILLIAM A. ROMAINE

                                   ____/s/ *William A. Romaine*_____
                                   William A. Romaine, Attorney for
                                   Plaintiff


Dated: 2-9-2016                    KATHLEEN BALES-LANGE
                                   County Counsel

                                   _____/s/*Judith D. Chapman*___
                                   Judith D. Chapman, Attorney for
                                   Defendants

**ORDER**

Based on the parties' Stipulation to continue Mandatory Scheduling Conference, and good cause appearing, IT IS HEREBY ORDERED that: The Mandatory Scheduling Conference in this matter, currently set for February 18, 2016, is vacated and continued to April 28, 2016, at 10:00 a.m., in Department 10.

IT IS SO ORDERED.

Dated: **February 9, 2016**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE