William A. Romaine, #126966
Law Office of William A. Romaine
206 West Lacey Blvd. #309
Hanford, CA 93230
Telephone: (559) 582-9360
Facsimile: (559) 582-9350
Attorney for Plaintiff

KATHLEEN BALES-LANGE, #094765
County Counsel for the County of Tulare
Judith D. Chapman, #169479
Deputy County Counsel
2900 West Burrel, County Civic Center
Visalia, California 93291
Phone: (559) 636-4950
Fax: (559) 737-4319
E-mail: jchapman@co.tulare.ca.us

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALBA,<br><br>         Plaintiff,<br><br>vs.<br><br>COUNTY OF TULARE, CALIFORNIA, TULARE COUNTY SHERIFF'S DEPUTY RONALD CROUCH, TULARE COUNTY SHERIFF'S DEPARTMENT, TULARE COUNTY SHERIFF'S DEPUTY SERGEANT TORRES, TULARE COUNTY SHERIFF'S DEPUTY DERRICK HOOD AND TULARE COUNTY SHERIFF'S DEPUTY BERTOLDO,<br><br>         Defendants. | **Case Number: 1:15-cv-01492-EPG**<br><br>STIPULATION TO STAY ENTIRE MATTER, INCLDUING ALL DATES, INCLUDING BUT NOT LIMITED TO DISCOVERY DATES, DISCOVERY DISPUTE DATES, AND ALL OTHER CUT-OFF DATES AND APPEARANCE DATES, AND SET NEW SCHEDULING CONFERENCE; ORDER<br><br>Trial Date:  October 17, 2017<br><br>*Exempt from Filing Fees Pursuant to Government Code §6103* |

**THE PARTIES HERETO SIPULATE** to request the Court for an Order hereby staying this action in its entirety, including, but not limited to all dates, cut-off dates, discovery dates, and discovery dispute dates and to vacate the trial date currently set for October 17, 2017. The parties further request that the Court set a new Scheduling Conference in this matter at a date and time after March 31, 2017.

1. The parties hereby stipulate and agree that good cause exists to stay the proceedings and request the Court to set a new and further Scheduling Conference. The parties agree that a stay is necessary to protect the rights of the parties to fully and fairly litigate this case because Plaintiff's attorney is currently unavailable due to a serious health condition. Said unavailability is scheduled to extend until on or after March 31, 2017.

2. Plaintiff's attorney of record, William A. Romaine, has authorized Attorney David Douglas Doyle, Bar No. 100595, of the firm of Doyle & Fortune, 1233 W. Shaw Avenue #106, Fresno, California (559) 227-2600 to specially appear and to sign this Stipulation in order to secure the stay in this matter on his behalf.

Dated: January 30, 2017                KATHLEEN BALES-LANGE
                                       Tulare County Counsel


                                       By___/s/_____
                                          JUDITH D. CHAPMAN
                                          Deputy County Counsel


Dated: January 27, 2017                DOYLE & FORTUNE


                                       By ___/s/_____
                                          DAVID D. DOYLE
                                          William A. Romaine, Attorney for Plaintiff.

# ORDER

Good cause appearing, the Court hereby stays the proceedings and vacates all deadlines and dates currently set in this matter, including the trial date currently set for October 17, 2017.  Any discovery disputes pending between the parties are hereby also suspended until a new Scheduling Conference may be set by this Court at a date and time after March 31, 2017.

The Court sets new Scheduling Conference for **April 17, 2017** at **10:30 a.m.** in Department 10. The parties shall file a joint scheduling report no later than one week before the Scheduling Conference and shall email a copy of the report to epgorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   **January 30, 2017**             /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE