# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS ALBA,<br><br>       Plaintiff,<br><br>   v.<br><br>COUNTY OF TULARE, CALIFORNIA, et al.,<br><br>       Defendants. | Case No. 1:15-cv-01492-EPG<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT CONFIDENTIAL SETTLEMENT STATEMENT BY NOON ON MAY 17, 2017 |

A settlement conference in this action is set for May 22, 2017, at 10:30 a.m. before the undersigned. (ECF No. 36.) Pursuant to the order setting the settlement conference, the parties were required to submit a confidential settlement statement to the Court five court days prior to the conference date. (Id. at 6-7.) In this instance, the parties' confidential settlement statements were due May 15, 2017. The Court has timely received the confidential statement from Defendants, however no statement has been received from Plaintiff. On May 16, 2017, the courtroom deputy reached out to Plaintiff's counsel regarding the failure to submit a confidential settlement statement and has received no response.

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge

in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall submit his confidential settlement statement by noon on Wednesday, May 17, 2017. Failure to submit a confidential statement in compliance with this order may result in the issuance of sanctions.

IT IS SO ORDERED.

Dated: __**May 16, 2017**__

UNITED STATES MAGISTRATE JUDGE