1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

9 DENNIS ALBA,                                 **Case No.  1:15-cv-01492-EPG**

10             Plaintiff                        **ORDER DIRECTING THE CLERK OF
                                               THE COURT TO TERMINATE**
11       v.                                    **DEFENDANTS**

12 COUNTY OF TULARE, CALIFORNIA,               (ECF No. 42)
   *et al.*,
13
                 Defendants.
14

15       On August 22, 2017, Plaintiff Dennis Alba filed a stipulation for voluntary dismissal

16 dismissing her claims against Defendants Bertoldo and Torres. (ECF No. 42).

17       In light of the parties' stipulation, the claims against Defendants Bertoldo and Torres have

18 been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692

19 (9th Cir. 1997), and dismissed with prejudice. *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir.

20 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action

21 voluntarily by filing a notice of dismissal under Rule 41(a)(1).").

22       Accordingly, the Clerk of the Court is DIRECTED to terminate Defendants Bertoldo and

23 Torres as Defendants in this case.
   IT IS SO ORDERED.
24

25    Dated:  **August 28, 2017**              /s/ *Erica P. Grosjean*

26                                             UNITED STATES MAGISTRATE JUDGE

27

28
                                              1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28