William A. Romaine #126966
war@lawromaine.com

Law Office of William A. Romaine
123 West Myrtle Street
P.O. Box 2059
Hanford, California 93232

Telephone: 559 582 9360
Telecopier: 559 582 9350

Attorney for Plaintiff Dennis Alba



FILED

DEC 27 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# United States District Court
## Eastern District of California

| | |
|---|---|
| Dennis Alba,<br><br>               Plaintiff,<br><br>vs.<br><br>County of Tulare, California, Tulare County Sheriff's Deputy Ronald Crouch, Tulare County Sheriff's Department, Tulare County Sheriff's Deputy Sergeant Torres, Tulare County Sheriff's Deputy Derrick Hood, and Tulare County Sheriff's Deputy Bertoldo,<br><br>               Defendants. | Case Number: 1:15-cv-1492-EPG<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO PERMIT RESOLUTION OF DISCOVERY DISPUTE |

By and through their respective counsel of record, the parties hereto do hereby stipulate as follows:

///

Stipulation and Order to Amend Scheduling Order to Resolve Discovery Dispute
Alba v. County of Tulare, et.al. 1:15-cv-1492 EPG

Page 1

1. A Status Conference was held on December 4, 2017, at which time a pending discovery dispute between the parties was discussed concerning whether or not the depositions of Defendants were properly scheduled and should be allowed to move forward. The Court granted the Plaintiff permission to file a Motion to Compel, and ordered the parties to meet and confer prior to the filing of a Motion to Compel.

2. Counsel for the parties have met and confer and have now reached an agreement, court permitting. Due to scheduling difficulties and the holidays, the deposition of the person(s) who will testify on behalf of the County of Tulare, California, is scheduled on January 15, 2018, the depositions of Derrick Hood and Ronald Crouch are scheduled to take place on January 25 and 26, 2018. Counsel for plaintiff agreed to serve amended notices of deposition reflecting those dates and has done so.

3. The parties agree that with the depositions being taken in January 2018, it would not be possible to meet the dispositive motion filing deadline of January 15, 2018, previously set by the court in the Revised Scheduling Order filed in the above-entitled matter on April 18, 2017.

4. The parties have met and conferred and feel good cause has been shown to extend the dispositive motion deadline to March 1, 2018, in order to have the depositions finalized and provide time to meet and confer regarding the issues and undisputed facts prior to the filing of a Motion for Summary Judgment as previously ordered by the Court .

**Stipulation and Order to Amend Scheduling Order to Resolve Discovery Dispute**
**Alba v. County of Tulare, et.al. 1:15-cv-1492 EPG**

**Page 2**

IT IS SO STIPULATED.

Date: December 21, 2017					Law Office of William A. Romaine

							____s/ William A. Romaine_____
							William A. Romaine,
							Attorney for Plaintiff

Date: December 21, 2017					Tulare County Counsel, by:

							____s/ Judith D. Chapman_____
							Judith D. Chapman, Deputy
							Attorney for Defendants.

## ORDER

Pursuant to the foregoing stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED:

That the depositions of defendants County of Tulare, California, Derrick Hood, and Ronald Crouch may be taken on January 15, 25, and 26 as noticed and that the Revised Scheduling Order in the above-entitled matter is amended hereby to provide that Dispositive Motions shall be filed not later than March 1, 2018, that the Pretrial Conference as scheduled in the above-entitled matter shall take place on: September 20, 2018, at 11:00 am, and that trial by jury as provided in the above-entitled matter shall commence upon: November 6, 2018, at 8:30 am.

\\\

\\\

**Stipulation and Order to Amend Scheduling Order to Resolve Discovery Dispute**
**Alba v. County of Tulare, et.al. 1:15-cv-1492 EPG**

**Page 3**

All other orders set forth in the Revised Scheduling Order filed herein shall remain in full force and effect.

Dated: 12/27/17

Erica P. Grosjean
United States Magistrate Judge

Stipulation and Order to Amend Scheduling Order to Resolve Discovery Dispute
Alba v. County of Tulare, et.al. 1:15-cv-1492 EPG

Page 4