**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS ALBA,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, CALIFORNIA, *et al.*,<br><br>            Defendants. | Case No. 1:15-cv-01492-EPG<br><br>**DIRECTING CLERK OF COURT TO ENTER JUDGMENT**<br><br>(ECF Nos. 55, 56) |

On October 1, 2015, Dennis Alba ("Plaintiff") commenced this action against Defendant County of Tulare, Ronald Crouch, Derrick Hood, and the Tulare County Sheriff's Department ("Defendants"). (ECF No. 1). On April 10, 2016, Plaintiff filed a First Amended Complaint, generally alleging that the search and seizure of his trailer and person was unconstitutional. (ECF No. 22).

On May 14, 2018, the Court granted Defendants' Motion for Summary Judgment, and dismissed Plaintiff's claims for unreasonable search and seizure, false arrest, and *Monell* liability. (ECF No. 55). The order further directed the parties to submit dispositional documents or a status report regarding any other matters that must be decided before this case may be closed. *Id.*

\\\
\\\
\\\
\\\
\\\

1

On May 22, 2018, the parties submitted a status report requesting the entry of judgment. (ECF No. 56). Accordingly, the Clerk of Court is directed to enter final judgment and close the case.

IT IS SO ORDERED.

Dated: __**May 23, 2018**__  /s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE